UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CVS PHARMACY, INC.,<br>RITE AID CORPORATION, &<br>RITE AID HDQTRS. CORP.,<br>                              Plaintiffs,<br>vs.<br>ASTRAZENECA PHARMACEUTICALS L.P.,<br>ASTRAZENECA L.P., ASTRAZENECA UK<br>LIMITED, HANDA PHARMACEUTICALS,<br>LLC, PAR PHARMACEUTICAL, INC., and<br>ACCORDHEALTHCARE, INC.,<br>                              Defendants. | CASE NO: 19-CV-9999 (CM)<br>RELATED CASE: 19-cv-7233-CM<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 12/19/19 |

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Barry L. Refsin, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of New Jersey and Commonwealth of Pennsylvania; and that his contact information is as follows:

> Barry L. Refsin
> HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
> One Logan Square, 27th Floor
> Philadelphia, PA 19103
> 215-568-6200 | 215-568-0300

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 12/19/2019

_____
Colleen McMahon
United States District Judge