IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Seroquel XR (Extended Release Quetiapine Fumarate) Antitrust Litigation | Master Dkt. No. 20-1076-CFC |
| This Document Relates To:<br>All Actions | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copies of **(1) Defendant AstraZeneca's Initial Disclosures; (2) AstraZeneca's First Set of Requests for Admission to All Plaintiffs; (3) AstraZeneca's First Set of Interrogatories to All Plaintiffs; (4) Defendants' First Set of Requests for the Production of Documents to Direct Purchaser Plaintiffs and Retailer Plaintiffs; (5) Defendants' First Set of Requests for the Production of Documents to End-Payor Plaintiff** were caused to be served via email on September 15, 2022 on the following counsel:

OF COUNSEL:

Bruce E. Gerstein
Joseph Opper
Kimberly Hennings
GARWIN GERSTEIN & FISHER LLP
88 Pine Street, 10th Floor
New York, NY 10005
Tel: (212) 398-0055
bgerstein@garwingerstein.com
jopper@garwingerstein.com
khennings@garwingerstein.com

*Co-Lead Counsel for the Direct Purchaser Class and Counsel for Smith Drug Company*

David F. Sorensen
Caitlin G. Coslett
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
dsorensen@bm.net
ccoslett@bm.net

*Co-Lead Counsel for the Direct Purchaser Class and Counsel for Smith Drug Company*

Kristyn Fields (No. KF-4461)
FARUQI & FARUQI LLP
685 Third Avenue, Floor 26
New York, NY 10017
Tel: (212) 983-9330
kfields@faruqilaw.com

Carmella P. Keener
COOCH AND TAYLOR. P.A.
The Nemours Building
1007 N. Orange Street, Suite 1120
P.O. Box 1680
Wilmington, DE 19899-1680
302-984-3816
ckeener@coochtaylor.com

*Local Counsel for Smith Drug Company and the Direct Purchaser Class*

Peter Kohn
Joseph Lukens
FARUQI & FARUQI LLP
1617 JFK Blvd, Suite 1550
Philadelphia, PA 19103
Tel: (215) 277-5770
pkohn@faruqilaw.com
jlukens@faruqilaw.com

Stuart E. Des Roches
Andrew W. Kelly
ODOM & DES ROCHES LLC
650 Poydras Street, Suite 2020
New Orleans, LA 70130
Tel: (504) 522-0077
stuart@odrlaw.com
akelly@odrlaw.com

ME1 42325260v.1

Susan Segura
David C. Raphael
Erin R. Leger
SMITH SEGURA RAPHAEL & LEGER LLP
221 Ansley Blvd
Alexandria, LA 71303
Tel: (318) 445-4480
ssegura@ssrllp.com
draphael@ssrllp.com
eleger@ssrllp.com

*Additional Counsel for Smith Drug Company and the Proposed Direct Purchaser Class*

Dianne M. Nast
Joseph N. Roda
Michael D. Ford
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Telephone: (215) 923-9300
Fax: (215) 923-9302
dnast@nastlaw.com
jnroda@nastlaw.com
mford@nastlaw.com

*Counsel for KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc. and the Proposed Direct Purchaser Class*

Russell Chorush
HEIM PAYNE & CHORUSH LLP
1111 Bagby Street, Suite 2100
Houston, TX 77002
Tel: (713) 221-2000
rchorush@hpcllp.com

*Additional Counsel for Smith Drug Company and the Proposed Direct Purchaser Class*

Michael L. Roberts
Karen S. Halbert
Stephanie E. Smith
Sarah E. DeLoach
ROBERTS LAW FIRM US, PC
20 Rahling Circle
Little Rock, AR 72223
Telephone: (501) 821-5575
Fax: (501) 821-4474
mikeroberts@robertslawfirm.us
karenhalbert@robertslawfirm.us
stephaniesmith@robertslawfirm.us
sarahdeloach@robertslawfirm.us

*Counsel for KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc. and the Proposed Direct Purchaser Class*

OF COUNSEL:

Scott E. Perwin
Lauren C. Ravkind
Anna T. Neill
KENNY NACHWALTER P.A.
Four Seasons Tower, Suite 1100
Miami, FL 33131
(305) 373-1000
sperwin@knpa.com
lravkind@knpa.com
aneill@knpa.com

*Counsel for Plaintiffs Walgreen Co., The Kroger Co., Albertsons Companies, Inc., H-E-B, L.P., and Hy-Vee, Inc.*

Barry L. Refsin
Monica L. Kiley
Eric L. Bloom
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200
brefsin@hangley.com
mkiley@hangley.com
ebloom@hangley.com

*Attorneys for Plaintiffs CVS Pharmacy, Inc., Rite Aid Corp. and Rite Aid Hdqtrs. Corp.*

J. Clayton Athey (No. 4378)
Jason W. Rigby (No. 6458)
PRICKETT JONES & ELLIOTT, P.A.
1310 N. King Street
Wilmington, DE 19801
(302) 888-6500
jcathey@prickett.com
jwrigby@prickett.com

*Attorneys for Plaintiffs Walgreen Co., The Kroger Co., Albertsons Companies, Inc., H-E-B, L.P., Hy-Vee, Inc., CVS Pharmacy, Inc., Rite Aid Corp. and Rite Aid Hdqtrs. Corp.*

Michael J. Barry (DE Bar #4368)
GRANT & EISENHOFER P.A.
123 Justison Street, Suite 601
Wilmington, DE 19801
Phone: 302-622-7000

*Counsel for Plaintiff Law Enforcement Health Benefit and the End-Payor Class Interim Co-Lead Counsel*

4

Of Counsel:

Robert G. Eisler
Chad B. Holtzman
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY
Telephone: (646) 722-8500
Facsimile: (646) 722-8501
reisler@gelaw.com
choltzman@gelaw.com

Sharon K. Robertson
Donna M. Evans
**COHEN MILSTEIN SELLERS
 & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
srobertson@cohenmilstein.com
devans@cohenmilstein.com

*Counsel for the Mayor and City Council of Baltimore and the End-Payor Class Interim Co-Lead Counsel*

Jayne A, Goldstein
Natalie Finkelman Bennett
**SHEPHERD, FINKELMAN,
MILLER & SHAH, LLP**
35 East State St.
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (866) 300-7367
jgoldstein@sfmslaw.com
nfinkelman@sfmslaw.com

*Counsel for Plaintiff Fraternal Order of Police, Miami Lodge 20, Insurance Trust Fund and the End-Payor Class Interim Co-Lead Counsel*

| | |
|---|---|
| DATED: September 16, 2022 | MCCARTER & ENGLISH, LLP |
| | /s/ *Daniel M. Silver* |
| | Daniel M. Silver (#4758) |
| OF COUNSEL: | Alexandra M. Joyce (#6423) |
| | Renaissance Centre |
| John E. Schmidtlein | 405 North King Street, 8th Floor |
| Benjamin M. Greenblum | Wilmington, DE 19801 |
| Colette T. Connor | (302) 984-6300 |
| Thomas S. Fletcher | dsilver@mccarter.com |
| Akhil K. Gola | ajoyce@mccarter.com |
| Samuel M. Ford | |
| WILLIAMS & CONNOLLY, LLP | *Attorneys for Defendants AstraZeneca* |
| 680 Maine Ave. SW | *Pharmaceuticals LP, AstraZeneca LP* |
| Washington, D.C. 20024 | *and AstraZeneca UK Limited* |
| (202) 434-5000 | |
| jschmidtlein@wc.com | |
| bgreenblum@wc.com | |
| cconnor@wc.com | |
| tfletcher@wc.com | |
| agola@wc.com | |
| sford@wc.com | |