IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Seroquel XR (Extended Release Quetiapine Fumarate) Antitrust Litigation<br><br>This Document Relates To:<br><br>All Actions | Master Dkt. No. 20-1076-CFC |

## [PROPOSED] ORDER REGARDING MOTION TO RESOLVE A DISPUTE ON PROPOSED PROTECTIVE ORDER

WHEREAS, the parties having presented a dispute relating to the entry of a proposed protective order pursuant to this Court's procedures, and

WHEREAS, the Court having held a conference on October 24, 2022 related to the protective order dispute, and having considered arguments made by the parties in their letter briefing and during the conference,

**IT IS HEREBY ORDERED** this __25th__ day of __October__, 2022 that:

1. Defendants' Motion to Resolve a Dispute on the Proposed Protective Order is **GRANTED** *for the reasons stated by the Court at the October 24, 2022 argument.*

2. Defendants' proposed language for Paragraphs 29 and 30 of the Proposed Protective Order, set forth in Ex. A to Defendants' letter brief is **ADOPTED**.

1

2

3. The Proposed Protective Order, attached as Ex. A to Defendants' letter brief, shall be separately docketed and **ENTERED** with the Defendants' proposed language accepted, and Plaintiffs' proposed language stricken.

_____
CHIEF UNITED STATES DISTRICT JUDGE