# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Seroquel XR (Extended Release Quetiapine Fumarate) Litigation<br><br>All End-Payor Class Actions | Master Dkt. No. 20-cv-1076-CFC |

## END-PAYOR PLAINTIFFS' MOTION TO RESCHEDULE THE EVIDENTIARY HEARING REGARDING END-PAYOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

End-Payor Plaintiffs ("EPPs") respectfully move to reschedule the evidentiary hearing on EPPs' motion for class certification, which is currently scheduled for August 8 and 9, 2024. *See* Oral Order dated June 26, 2024. *First*, EPPs respectfully request that the hearing be rescheduled for October 15, 17, or 18, 2024, subject to the Court's availability, when both EPPs' experts and their counsel will be available to attend the hearing and after EPPs' motion to exclude certain opinions of Defendants' class certification expert, Dr. Richard Mortimer, *see* D.I. 639, will be fully briefed. *Second*, EPPs respectfully request that the Court require the parties to meet and confer to proper a joint schedule or competing schedules for the hearing.

The grounds for this Motion are set forth in EPPs' opening brief, filed contemporaneously herewith.

Dated: July 15, 2024

GRANT & EISENHOFER P.A.

/s/ Laina M. Herbert

OF COUNSEL:

Laina M. Herbert (# 4717)
Michael J. Barry (# 4368)
123 Justison St., 7th Floor
Wilmington, DE 19801
(302) 622-7000
lherbert@gelaw.com
mbarry@gelaw.com

Robert G. Eisler (*Pro Hac Vice*)
Chad B. Holtzman (*Pro Hac Vice*)
Grant & Eisenhofer P.A.
485 Lexington Avenue, 29th Floor
New York, NY
(646) 722-8500
reisler@gelaw.com
choltzman@gelaw.com

*Counsel for the Proposed End-Payor
Class*

*Counsel for Plaintiff Law Enforcement
Health Benefit and the Proposed End-
Payor Class*

Sharon K. Robertson (*Pro Hac Vice*)
Donna M. Evans (*Pro Hac Vice*)
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York, NY 10005
(212) 838-7797
srobertson@cohenmilstein.com
devans@cohenmilstein.com

Nathaniel D. Regenold (*Pro Hac Vice*)
1100 New York Avenue, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
nregenold@cohenmilstein.com

*Counsel for the Mayor and City
Council of Baltimore and the Proposed
End-Payor Class*

2

Jayne A. Goldstein (*Pro Hac Vice*)
Natalie Finkelman (*Pro Hac Vice*)
Miller Shah LLP
35 East State St.
Media, PA 19063
(610) 891-9880
jgoldstein@millershah.com
nfinkelman@millershah.com

*Counsel for Plaintiff Fraternal Order
of Police, Miami Lodge 20, Insurance
Trust Fund and the Proposed End-
Payor Class*