# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Seroquel XR (Extended Release Quetiapine Fumarate) Antitrust Litigation <br><br> This Document Relates To: <br> All End-Payor Class Actions | Case No. 1:20-cv-01076-CFC |

## END-PAYOR PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENTS AND FOR OTHER RELIEF

End-Payor Plaintiffs ("EPPs"), on behalf of themselves and the proposed end-payor settlement class ("Settlement Class") they seek to represent, respectfully move pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for final approval of their Unopposed Class Action Settlements (the "Motion"). In support of the Motion, EPPs rely on the accompanying Memorandum of Law in Support of End-Payor Plaintiffs' Unopposed Motion For Final Approval of Class Action Settlements and Other Relief, the Declaration of Co-Lead Counsel and exhibits in support thereto, the Declaration of Cameron R. Azari, Esq., Regarding Implementation and Adequacy of Notice Plan, and the proposed Order Granting Final Judgment and Dismissal.

| | |
|---|---|
| Dated: March 28, 2024 | GRANT & EISENHOFER P.A. |
| | */s/ Laina M. Herbert* |
| OF COUNSEL: | Laina M. Herbert (# 4717) |
| | Michael J. Barry (# 4368) |
| Robert G. Eisler (*Pro Hac Vice*) | 123 Justison St., 7th Floor |
| Chad B. Holtzman (*Pro Hac Vice*) | Wilmington, DE 19801 |
| Grant & Eisenhofer P.A. | (302) 622-7000 |
| 485 Lexington Avenue, 29th Floor | lherbert@gelaw.com |
| New York, NY | mbarry@gelaw.com |
| (646) 722-8500 | |
| reisler@gelaw.com | *Counsel for the Proposed End-Payor* |
| choltzman@gelaw.com | *Class* |

*Counsel for Plaintiff Law Enforcement Health Benefit and the Proposed End-Payor Class*

Sharon K. Robertson (*Pro Hac Vice*)
Donna M. Evans (*Pro Hac Vice*)
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York, NY 10005
(212) 838-7797
srobertson@cohenmilstein.com
devans@cohenmilstein.com

Robert A. Braun (*Pro Hac Vice*)
Nathaniel D. Regenold (*Pro Hac Vice*)
1100 New York Avenue, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
rbraun@cohenmilstein.com
nregenold@cohenmilstein.com

*Counsel for the Mayor and City Council of Baltimore and the Proposed End-Payor Class*

Jayne A. Goldstein (*Pro Hac Vice*)
Natalie Finkelman (*Pro Hac Vice*)
Miller Shah LLP
35 East State St.
Media, PA 19063
(610) 891-9880
jgoldstein@millershah.com
nfinkelman@millershah.com

*Counsel for Plaintiff Fraternal Order of Police, Miami Lodge 20, Insurance Trust Fund and the Proposed End-Payor Class*