# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Seroquel XR (Extended Release Quetiapine Fumarate) Antitrust Litigation<br><br>This Document Relates To:<br><br>All Actions | Master Dkt. No. 20-1076-CFC |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, the Court ordered "that if Defendants intend to file a motion *in limine* to preclude and/or limit Plaintiffs from adducing at trial evidence of PTX 1178 and PTX 1180 [and any "corresponding testimony"], they shall do so no later than April 7, 2025. Any response to such motion shall be filed no later than April 15, 2025, and any reply shall be filed no later than April 22, 2025." D.I. 855 at 10-11;

WHEREAS, the Court also ordered "additional briefing with respect to the issue of whether, and if so, to what extent, events that occurred after the date of the challenged settlement agreement may be considered at trial," D.I. 856 at 14, and ordered the parties to confer and propose a schedule for briefing to be submitted pursuant to D.I. 856, *id.*; and

WHEREAS, the parties have agreed that they will adhere to the same briefing schedule for any briefs to be filed in connection with the Court's orders at

1

D.I. 855 and D.I. 856, except that they agree that, with the Court's permission in order to accommodate observers of Passover, responsive briefs should be due on April 17, 2025 instead of April 15, 2025;

IT IS HEREBY STIPULATED by the parties, and subject to the approval of the Court, that:

1. Plaintiffs will file their opening brief in accordance with D.I. 856 on or before April 7, 2025;

2. Defendants will file their opposition in accordance with D.I. 856 on or before April 17, 2025;

3. Plaintiffs will file their reply in accordance with D.I. 856 on or before April 22, 2025.

IT IS HEREBY FURTHER STIPULATED by the parties, and subject to the approval of the Court, that in light of the observance of the Jewish holiday, the deadline for Plaintiffs to file their response to the opening brief filed by Defendants pursuant to the Court's order at D.I. 855 shall be extended by two days to April 17, 2025.

Dated:  April 3, 2025

| | |
|---|---|
| OF COUNSEL: | Cooch and Taylor. P.A. |
| Bruce E. Gerstein<br>Kimberly Hennings<br>Jonathan Gerstein<br>David B. Rochelson<br>GARWIN GERSTEIN &<br>FISHER LLP<br>88 Pine Street, 10th Floor<br>New York, NY 10005<br>(212) 398-0055<br>bgerstein@garwingerstein.com<br>khennings@garwingerstein.com<br>jgerstein@garwingerstein.com<br>drochelson@garwingerstein.com<br><br>*Lead Counsel for the Direct Purchaser Class and Counsel for Smith Drug Company* | */s/ Carmella P. Keener*<br>Carmella P. Keener, Esquire<br>The Nemours Building<br>1007 N. Orange Street, Suite 1120<br>P.O. Box 1680<br>Wilmington, DE 19899-1680<br>(302) 984-3816<br>ckeener@coochtaylor.com<br><br>*Local Counsel for Smith Drug Company and the Direct Purchaser Class* |
| David F. Sorensen<br>Caitlin G. Coslett<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>(215) 875-3000<br>dsorensen@bm.net<br>ccoslett@bm.net | Peter Kohn<br>Joseph Lukens<br>FARUQI & FARUQI LLP<br>1617 JFK Blvd, Suite 1550<br>Philadelphia, PA 19103<br>(215) 277-5770<br>pkohn@faruqilaw.com<br>jlukens@faruqilaw.com |
| Kristyn Fields (No. KF-4461)<br>FARUQI & FARUQI LLP<br>685 Third Avenue, Floor 26<br>New York, NY 10017<br>(212) 983-9330<br>kfields@faruqilaw.com | Stuart E. Des Roches<br>Andrew W. Kelly<br>ODOM & DES ROCHES LLC<br>650 Poydras Street, Suite 2020<br>New Orleans, LA 70130<br>(504) 522-0077<br>stuart@odrlaw.com<br>akelly@odrlaw.com |

<div style="display: flex;">

Susan Segura
David C. Raphael
Erin R. Leger
SMITH SEGURA RAPHAEL &
LEGER LLP
221 Ansley Blvd
Alexandria, LA 71303
(318) 445-4480
ssegura@ssrllp.com
draphael@ssrllp.com
eleger@ssrllp.com

Russell Chorush
Christopher M. First
HEIM PAYNE & CHORUSH LLP
1111 Bagby Street, Suite 2100
Houston, TX 77002
(713) 221-2000
rchorush@hpcllp.com

</div>

*Additional Counsel for Smith Drug Company*
*and the Direct Purchaser Class*

Dianne M. Nast (*pro hac vice*)
Joseph N. Roda (*pro hac vice*)
Michael D. Ford (*pro hac vice*)
NastLaw LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Telephone: (215) 923-9300
dnast@nastlaw.com
jnroda@nastlaw.com
mford@nastlaw.com

Michael L. Roberts (*pro hac vice*)
Karen S. Halbert (*pro hac vice*)
Stephanie E. Smith (*pro hac vice*)
Sarah E. DeLoach (*pro hac vice*)
Roberts Law Firm US, PC
20 Rahling Circle
Little Rock, AR 72223
Telephone: (501) 821-5575
mikeroberts@robertslawfirm.us
karenhalbert@robertslawfirm.us
stephaniesmith@robertslawfirm.us
sarahdeloach@robertslawfirm.us

*Counsel for KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc.*
*and the Direct Purchaser Class*

OF COUNSEL:

Scott E. Perwin
Lauren C. Ravkind
Anna T. Neill
SPERLING KENNY NACHWALTER P.A.
Four Seasons Tower, Suite 1100
Miami, FL 33131
(305) 373-1000
sep@sperlingkenny.com
lcr@sperlingkenny.com
aneill@sperlingkenny.com

*Counsel for Plaintiffs Walgreen Corp. Co., The Kroger Co., Albertsons Companies, Inc., H-E-B, L.P., and Hy-Vee, Inc.*

Barry L. Refsin
Eric L. Bloom
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200
brefsin@hangley.com
ebloom@hangley.com

*Counsel for Plaintiffs CVS Pharmacy, Inc., Rite Aid Corp. and Rite Aid Hdqtrs. Corp*

*/s/ J. Clayton Athey*
J. Clayton Athey (# 4378)
John G. Day (#6023)
PRICKETT JONES & ELLIOTT, P.A.
1310 N. King Street
Wilmington, DE 19801
(302) 888-6500
jcathey@prickett.com
jgday@prickett.com

*Counsel for Plaintiffs Walgreen Co., The Kroger Co., Albertsons Companies, Inc., H-E-B, L.P., Hy-Vee, Inc., CVS Pharmacy, Inc., Rite Aid Corp. and Rite Aid Hdqtrs.*

.

OF COUNSEL:

John E. Schmidtlein
Benjamin M. Greenblum
Simon A. Latcovich
Elise M. Baumgarten
Anna Searle
WILLIAMS & CONNOLLY LLP
680 Maine Ave. SW
Washington, D.C. 20024
(202) 434-5000
jschmidtlein@wc.com
slatcovich@wc.com
bgreenblum@wc.com
ebaumgarten@wc.com
sford@wc.com

MCCARTER & ENGLISH, LLP

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca UK Limited*

OF COUNSEL:

Christopher J. Marino
James E. Gallagher
Dillon M. Knight
Taylor P. Lovejoy
DAVIS MALM & D'AGOSTINE, P.C.
One Boston Place, 37th Floor
Boston, MA 02108
(617) 367-2500
cmarino@davismalm.com
jgallagher@davismalm.com
dknight@davismalm.com
tlovejoy@davismalm.com

CONNOLLY GALLAGHER LLP

*/s/ Alan R. Silverstein*
Arthur G. Connolly, III (#2667)
Alan R. Silverstein (#5066)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
(302) 757-7300
aconnolly@connollygallagher.com
asilverstein@connollygallagher.com

*Attorneys for Defendant Handa Pharmaceuticals LLC*

IT IS SO ORDERED this _____ day of _____, 2025.

_____
CHIEF UNITED STATES DISTRICT JUDGE