# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Seroquel XR (Extended Release Quetiapine Fumarate) Antitrust Litigation<br><br>This Document Relates To:<br><br>All Actions | Master Dkt. No. 20-1076-CFC |

# **STIPULATION AND [PROPOSED] ORDER**

OF COUNSEL:

Bruce E. Gerstein (*pro hac vice*)
Jonathan Gerstein (*pro hac vice*)
David B. Rochelson (*pro hac vice*)
GARWIN GERSTEIN &
FISHER LLP
88 Pine Street, 28th Floor
New York, NY 10005
(212) 398-0055
bgerstein@garwingerstein.com
jgerstein@garwingerstein.com
drochelson@garwingerstein.com

*Lead Counsel for the Direct
Purchaser Class and Counsel for Smith
Drug Company*

Carmella P. Keener (DE # 2810)
COOCH AND TAYLOR, P.A.
The Brandywine Building
1000 N. West Street, Suite 1500
P.O. Box 1680
Wilmington, DE 19899-1680
(302) 984-3816
ckeener@coochtaylor.com

*Counsel for Smith Drug Company and
the Direct Purchaser Class*

David F. Sorensen (*pro hac vice*)
Caitlin G. Coslett (*pro hac vice*)
Andrew C. Curley (*pro hac vice*)
Julia R. McGrath (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3000
dsorensen@bm.net
ccoslett@bm.net
acurley@bm.net
jmcgrath@bm.net

Peter Kohn (*pro hac vice*)
Neill Clark (*pro hac vice*)
FARUQI & FARUQI LLP
1617 JFK Blvd, Suite 1550
Philadelphia, PA 19103
(215) 277-5770
pkohn@faruqilaw.com
nclark@faruqilaw.com

Russell Chorush (*pro hac vice*)
Christopher M. First (*pro hac vice*)
Kyle S. Ruvolo (*pro hac vice*)
HEIM PAYNE & CHORUSH LLP
609 Main Street, Suite 3200
Houston, TX 77002
(713) 221-2000
rchorush@hpcllp.com
cfirst@hpcllp.com
kruvolo@hpcllp.com

Stuart E. Des Roches (*pro hac vice*)
Dan Chiorean (*pro hac vice*)
Thomas Maas (*pro hac vice*)
ODOM & DES ROCHES LLC
650 Poydras Street, Suite 2020
New Orleans, LA 70130
(504) 522-0077
stuart@odrlaw.com
dchiorean@odrlaw.com
tmaas@odrlaw.com

Susan Segura (*pro hac vice*)
David C. Raphael (*pro hac vice*)
Erin R. Leger (*pro hac vice*)
SMITH SEGURA RAPHAEL &
LEGER LLP
221 Ansley Blvd
Alexandria, LA 71303
(318) 445-4480
ssegura@ssrllp.com
draphael@ssrllp.com
eleger@ssrllp.com

*Additional Counsel for Smith Drug Company
and the Direct Purchaser Class*

| | |
|---|---|
| Dianne M. Nast (*pro hac vice*) | Michael L. Roberts (*pro hac vice*) |
| Joseph N. Roda (*pro hac vice*) | Karen S. Halbert (*pro hac vice*) |
| Michael D. Ford (*pro hac vice*) | Stephanie E. Smith (*pro hac vice*) |
| NastLaw LLC | Sarah E. DeLoach (*pro hac vice*) |
| 1101 Market Street, Suite 2801 | Roberts Law Firm US, PC |
| Philadelphia, PA 19107 | 20 Rahling Circle |
| (215) 923-9300 | Little Rock, AR 72223 |
| dnast@nastlaw.com | (501) 821-5575 |
| jnroda@nastlaw.com | mikeroberts@robertslawfirm.us |
| mford@nastlaw.com | karenhalbert@robertslawfirm.us |
| | stephaniesmith@robertslawfirm.us |
| | sarahdeloach@robertslawfirm.us |

*Counsel for KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc. and the Direct Purchaser Class*

OF COUNSEL:

Scott E. Perwin (*pro hac vice*)
Lauren C. Ravkind (*pro hac vice*)
Anna T. Neill (*pro hac vice*)
SPERLING KENNY NACHWALTER P.A.
Four Seasons Tower, Suite 1100
Miami, FL 33131
(305) 373-1000
sep@sperlingkenny.com
lcr@sperlingkenny.com
aneill@sperlingkenny.com

*Counsel for Plaintiffs Walgreen Corp. Co., The Kroger Co., Albertsons Companies, Inc., H-E-B, L.P., and Hy-Vee, Inc.*

J. Clayton Athey (DE No. 4378)
John G. Day (DE No. 6023)
PRICKETT JONES & ELLIOTT, P.A.
1310 N. King Street
Wilmington, DE 19801
(302) 888-6500
jcathey@prickett.com
jgday@prickett.com

*Counsel for Plaintiffs Walgreen Co., The Kroger Co., Albertsons Companies, Inc., H-E-B, L.P., Hy-Vee, Inc., CVS Pharmacy, Inc., Rite Aid Corp. and Rite Aid Hdqtrs.*

4901-3130-9113, v. 1

Barry L. Refsin (*pro hac vice*)
Eric L. Bloom (*pro hac vice*)
Alexander J. Egerváry (*pro hac vice*)
Caitlin V. McHugh (*pro hac vice*)
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200
brefsin@hangley.com
ebloom@hangley.com
aegervary@hangley.com
cmchugh@hangley.com

*Counsel for Plaintiffs CVS Pharmacy, Inc., Rite Aid Corp. and Rite Aid Hdqtrs. Corp*

OF COUNSEL:
John E. Schmidtlein
Benjamin M. Greenblum
Simon A. Latcovich
Elise M. Baumgarten
Anna Searle
WILLIAMS & CONNOLLY LLP
680 Maine Ave. SW
Washington, D.C. 20024
(202) 434-5000
jschmidtlein@wc.com
slatcovich@wc.com
bgreenblum@wc.com
ebaumgarten@wc.com
sford@wc.com

Daniel M. Silver (DE No. 4758)
Alexandra M. Joyce (DE No. 6423)
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca UK Limited*

| | |
|---|---|
| OF COUNSEL:<br><br>Christopher J. Marino<br>James E. Gallagher<br>Dillon M. Knight<br>Taylor P. Lovejoy<br>DAVIS MALM & D'AGOSTINE, P.C.<br>One Boston Place, 37th Floor<br>Boston, MA 02108<br>(617) 367-2500<br>cmarino@davismalm.com<br>jgallagher@davismalm.com<br>dknight@davismalm.com<br>tlovejoy@davismalm.com | Arthur G. Connolly, III (DE No. 2667)<br>Alan R. Silverstein (DE No. 5066)<br>CONNOLLY GALLAGHER LLP<br>1201 North Market Street, 20th Floor<br>Wilmington, DE 19801<br>(302) 757-7300<br>aconnolly@connollygallagher.com<br>asilverstein@connollygallagher.com<br><br>*Attorneys for Defendant*<br>*Handa Pharmaceuticals LLC* |

WHEREAS, the Court previously entered an agreed Stipulation and Order regarding Plaintiffs' expert Dr. Fix that resolved the purposes for which certain of his opinions could be offered, but not the timing of that testimony during trial. *See* D.I. 591, at ¶1, pg. 1 n.1;

WHEREAS, subject to the Court's approval, the Parties have since agreed that Dr. Fix may offer all his opinions in Plaintiffs' case-in-chief, including responding to Defendants' arguments and expert testimony that the settlement agreement is procompetitive;[1]

WHEREAS, such presentation would require Dr. Fix to preemptively rebut certain arguments and/or opinions to be offered by Defendants' experts later in the trial during Defendants' case, and Defendants therefore have agreed not to object to Dr. Fix's testimony on the basis of: (1) Dr. Fix offering his reply opinions, or responding to Defendants' procompetitive justifications; (2) the timing of that testimony; and/or (3) Dr. Fix rebutting opinions or facts that Defendants have not yet offered, while reserving the right to otherwise object to Dr. Fix's testimony; and

---

[1] Any such testimony would be subject to the Court's rulings on any pending motions affecting the scope of Dr. Fix's opinions, Defendants' expert opinions on the same subject matter, and/or related evidence (*e.g., inter alia*, the pending motion about post-agreement facts (D.I. 868), and the two issues the Court reserved for resolution during trial with respect to Dr. Fix, specifically (D.I. 844 and D.I. 859)). The parties reserve all rights with respect to such pending motions and issues.

WHEREAS, Defendants dispute that Plaintiffs are entitled to a rebuttal case in any circumstance, and enter into this stipulation without waiver of that position;

WHEREAS, the Parties agree that in the event that this Stipulation and Proposed Order is not granted, or has not been ruled on prior to the Final Pretrial Conference, the issue may be raised by either party at the Final Pretrial Conference.

PLAINTIFFS AND DEFENDANTS HEREBY STIPULATE AND AGREE, subject to the approval of the Court, that Plaintiffs may present Dr. Fix's rebuttal testimony during their case-in-chief.

Dated: April 21, 2025

OF COUNSEL:

Bruce E. Gerstein (*pro hac vice*)
Jonathan Gerstein (*pro hac vice*)
David B. Rochelson (*pro hac vice*)
GARWIN GERSTEIN &
FISHER LLP
88 Pine Street, 28th Floor
New York, NY 10005
(212) 398-0055
bgerstein@garwingerstein.com
jgerstein@garwingerstein.com
drochelson@garwingerstein.com

*Lead Counsel for the Direct Purchaser Class and Counsel for Smith Drug Company*

David F. Sorensen (*pro hac vice*)
Caitlin G. Coslett (*pro hac vice*)
Andrew C. Curley (*pro hac vice*)
Julia R. McGrath (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3000
dsorensen@bm.net
ccoslett@bm.net
acurley@bm.net
jmcgrath@bm.net

Respectfully submitted,

COOCH AND TAYLOR, P.A.

*/s/ Carmella P. Keener*
Carmella P. Keener (DE # 2810)
The Brandywine Building
1000 N. West Street, Suite 1500
P.O. Box 1680
Wilmington, DE 19899-1680
(302) 984-3816
ckeener@coochtaylor.com

*Counsel for Smith Drug Company and the Direct Purchaser Class*

Peter Kohn (*pro hac vice*)
Neill Clark (*pro hac vice*)
FARUQI & FARUQI LLP
1617 JFK Blvd, Suite 1550
Philadelphia, PA 19103
(215) 277-5770
pkohn@faruqilaw.com
nclark@faruqilaw.com

3

4901-3130-9113, v. 1

Russell Chorush (*pro hac vice*)
Christopher M. First (*pro hac vice*)
Kyle S. Ruvolo (*pro hac vice*)
HEIM PAYNE & CHORUSH LLP
609 Main Street, Suite 3200
Houston, TX 77002
(713) 221-2000
rchorush@hpcllp.com
cfirst@hpcllp.com
kruvolo@hpcllp.com

Stuart E. Des Roches (*pro hac vice*)
Dan Chiorean (*pro hac vice*)
Thomas Maas (*pro hac vice*)
ODOM & DES ROCHES LLC
650 Poydras Street, Suite 2020
New Orleans, LA 70130
(504) 522-0077
stuart@odrlaw.com
dchiorean@odrlaw.com
tmaas@odrlaw.com

Susan Segura (*pro hac vice*)
David C. Raphael (*pro hac vice*)
Erin R. Leger (*pro hac vice*)
SMITH SEGURA RAPHAEL &
LEGER LLP
221 Ansley Blvd
Alexandria, LA 71303
(318) 445-4480
ssegura@ssrllp.com
draphael@ssrllp.com
eleger@ssrllp.com

*Additional Counsel for Smith Drug Company
and the Direct Purchaser Class*

Dianne M. Nast (*pro hac vice*)
Joseph N. Roda (*pro hac vice*)
Michael D. Ford (*pro hac vice*)
NastLaw LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
(215) 923-9300
dnast@nastlaw.com
jnroda@nastlaw.com
mford@nastlaw.com

Michael L. Roberts (*pro hac vice*)
Karen S. Halbert (*pro hac vice*)
Stephanie E. Smith (*pro hac vice*)
Sarah E. DeLoach (*pro hac vice*)
Roberts Law Firm US, PC
20 Rahling Circle
Little Rock, AR 72223
(501) 821-5575
mikeroberts@robertslawfirm.us
karenhalbert@robertslawfirm.us
stephaniesmith@robertslawfirm.us
sarahdeloach@robertslawfirm.us

*Counsel for KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc.
and the Direct Purchaser Class*

4

4901-3130-9113, v. 1

OF COUNSEL:

Scott E. Perwin (*pro hac vice*)
Lauren C. Ravkind (*pro hac vice*)
Anna T. Neill (*pro hac vice*)
SPERLING KENNY NACHWALTER P.A.
Four Seasons Tower, Suite 1100
Miami, FL 33131
(305) 373-1000
sep@sperlingkenny.com
lcr@sperlingkenny.com
aneill@sperlingkenny.com

*Counsel for Plaintiffs Walgreen Corp. Co., The Kroger Co., Albertsons Companies, Inc., H-E-B, L.P., and Hy-Vee, Inc.*


Barry L. Refsin (*pro hac vice*)
Eric L. Bloom (*pro hac vice*)
Alexander J Egerváry (*pro hac vice*)
Caitlin V. McHugh (*pro hac vice*)
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200
brefsin@hangley.com
ebloom@hangley.com
aegervary@hangley.com
cmchugh@hangley.com

*Counsel for Plaintiffs CVS Pharmacy, Inc., Rite Aid Corp. and Rite Aid Hdqtrs. Corp*

PRICKETT JONES & ELLIOTT, P.A.

 */s/ J. Clayton Athey*
J. Clayton Athey (DE No. 4378)
John G. Day (DE No. 6023)
1310 N. King Street
Wilmington, DE 19801
(302) 888-6500
jcathey@prickett.com
jgday@prickett.com

*Counsel for Plaintiffs Walgreen Co., The Kroger Co., Albertsons Companies, Inc., H-E-B, L.P., Hy-Vee, Inc., CVS Pharmacy, Inc., Rite Aid Corp. and Rite Aid Hdqtrs.*

5

4901-3130-9113, v. 1

| | MCCARTER & ENGLISH, LLP |
|---|---|
| OF COUNSEL: | */s/ Daniel M. Silver* |
| | Daniel M. Silver (DE No. 4758) |
| John E. Schmidtlein | Alexandra M. Joyce (DE No. 6423) |
| Benjamin M. Greenblum | Renaissance Centre |
| Simon A. Latcovich | 405 North King Street, 8th Floor |
| Elise M. Baumgarten | Wilmington, DE 19801 |
| Anna Searle | (302) 984-6300 |
| WILLIAMS & CONNOLLY LLP | dsilver@mccarter.com |
| 680 Maine Ave. SW | ajoyce@mccarter.com |
| Washington, D.C. 20024 | |
| (202) 434-5000 | *Attorneys for Defendants AstraZeneca* |
| jschmidtlein@wc.com | *Pharmaceuticals LP and AstraZeneca* |
| slatcovich@wc.com | *UK Limited* |
| bgreenblum@wc.com | |
| ebaumgarten@wc.com | |
| sford@wc.com | |
| | |
| OF COUNSEL: | CONNOLLY GALLAGHER LLP |
| | |
| Christopher J. Marino | */s/ Alan R. Silverstein* |
| James E. Gallagher | Arthur G. Connolly, III (DE No. 2667) |
| Dillon M. Knight | Alan R. Silverstein (DE No. 5066) |
| Taylor P. Lovejoy | 1201 North Market Street, 20th Floor |
| DAVIS MALM & D'AGOSTINE, P.C. | Wilmington, DE 19801 |
| One Boston Place, 37th Floor | (302) 757-7300 |
| Boston, MA 02108 | aconnolly@connollygallagher.com |
| (617) 367-2500 | asilverstein@connollygallagher.com |
| cmarino@davismalm.com | |
| jgallagher@davismalm.com | *Attorneys for Defendant* |
| dknight@davismalm.com | *Handa Pharmaceuticals LLC* |
| tlovejoy@davismalm.com | |

6

4901-3130-9113, v. 1

IT IS SO ORDERED this _____ day of _____, 2025.

_____
Colm F. Connolly
Chief Judge
United States District Court, D. Del.

7